Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of essential oils the same in all material respects as those the subject of *Ungerer & Co., Inc.* v. *United States* (33 Cust. Ct. 152, C. D. 1647), the claim of the plaintiffs was sustained.

No. 59344.—Bourjois Mfg. Corp. et al. *v.* United States, protests 192482–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of essential oils the same in all material respects as those the subject of *Ungerer & Co., Inc.* v. *United States* (33 Cust. Ct. 152, C. D. 1647), the claim of the plaintiffs was sustained.

No. 59345.—W. J. Bush & Co., Inc., et al. *v.* United States, protests 198779–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of essential oils the same in all material respects as those the subject of *Ungerer & Co., Inc.* v. *United States* (33 Cust. Ct. 152, C. D. 1647), the claim of the plaintiffs was sustained.

No. 59346.—A. M. Ross-Smith *v.* United States, protest 172633–K (New York).

WILSON, Judge: This protest is against the collector's assessment of duty on certain merchandise invoiced as "1440 tins each 144 gelatine containers of Pure Petroleum Distillates (lighter fuel)." It is conceded that the material in question is used as fluid for cigarette lighters and as a cleaning agent for removing spots from clothes. It is also conceded that said substance is a petroleum distillate (R. 3).

The duty assessed was at the rate of 25 per centum ad valorem under paragraph 23 of the Tariff Act of 1930. From the admissions of the parties, it is clear that, unless the containers of the petroleum distillate now before us are either capsules or ampoules, paragraph 23 has no application (R. 5).

Paragraph 23 provides as follows:

PAR. 23. Chemicals, drugs, medicinal and similar substances, whether dutiable or free, when imported in capsules, pills, tablets, lozenges, troches, ampoules, jubes, or similar forms, including powders put up in medicinal doses, shall be dutiable at not less than 25 per centum ad valorem.

Plaintiff claims the involved merchandise properly free of duty as a petroleum distillate under paragraph 1733 of the Tariff Act of 1930 and that paragraph 23 is not applicable in this case.

Paragraph 1733 provides as follows: